# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                          NO. 4:06CR00060-001 SWW

JOSE ARMANDO SOLIS

### ORDER OF DISMISSAL

Upon the government's motion to dismiss the indictment pending against the above defendant,

IT IS ORDERED that the motion is granted, and the indictment pending in this case hereby is dismissed without prejudice as to defendant Jose Armando Solis.

DATED this 6th day of May, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE